IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

KENNETH L. PROPER, on behalf of himself
and all others similarly situated,

                Plaintiff,

                                                              Civil Action No.
   vs.                                                  3:14-CV-413 (MAD/DEP)

CRACKER BARREL OLD COUNTRY
STORE, INC.,

                Defendant.

_____

APPEARANCES:                         OF COUNSEL:

WOLF, HALDENSTEIN LAW FIRM    BENJAMIN Y. KAUFMAN, ESQ.
270 Madison Avenue                      ROBERT B. WEINTRAUB, ESQ.
New York, New York 10016
*Attorneys for Plaintiff*

OFFICE OF DOUGLAS DRAZEN       DOUGLAS W. DRAZEN, ESQ.
2-8 Hawley Street
Suite 111
Binghamton, New York 13901
*Attorney for Plaintiff*

CONSTANGY, BROOKS LAW FIRM   JAMES M. COLEMAN, ESQ.
12500 Fair Lakes Circle              MAUREEN R. KNIGHT, ESQ.
Suite 300
Fairfax, Virginia 22033
*Attorneys for Defendant*

CARTER, CONBOY LAW FIRM        MICHAEL J. MURPHY, ESQ.
20 Corporate Woods Boulevard    WILLIAM C. FIRTH, ESQ.
Albany, New York 12211
*Attorneys for Defendant*

**Mae A. D'Agostino, U.S. District Judge**

JUDGMENT DISMISSING ACTION
BASED UPON SETTLEMENT

The Court has been advised by counsel that this action has been settled, or is in the process of being settled.  Counsel has also advised the Court that no infant or incompetent is a party to this action.  Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

ORDERED, as follows:

1)  The above captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within ninety days of the date of the filing of this order upon a showing that the settlement was not consummated;

2)  The dismissal of the above captioned case shall become **with prejudice** on the ninety-first day after the date of the filing of this order unless any party moves to re-open this case within ninety days of the date of filing of this order upon a showing that the settlement was not consummated.  Upon completion of settlement, the parties are directed to exchange general releases and file a **Stipulation of Discontinuance** with the Court that must include language **"that no party hereto is an infant or incompetent**" in compliance with N.D.N.Y.L.R. 41.3; and

    3)  The Clerk shall serve copies of this Judgment upon counsel in this matter by electronic means.

Dated: March 12, 2015
       Albany, New York

_____
Mae A. D'Agostino
U.S. District Judge